Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-269RAJ |
| Plaintiff | |
| v. | PROTECTIVE ORDER |
| ROLANDO DAZA-CORTEZ and RAFAEL VALADEZ-VAZQUEZ, | |
| Defendants. | |

This matter comes before the Court on the unopposed motion for a protective order regarding discovery materials.  Having considered the entirety of the record and files herein, the Court finds that based upon the motion and for good cause shown,

IT IS HEREBY ORDERED that copies of the covered material shall not be disseminated to the defendants.  Covered material is limited to civilian witness statements and corroborating records, and personal and business financial records (such as bank account statements, business records, tax records, personal financial records, etc.), and personal identifying information and impeachment information relating to the confidential source, if that person is named as a government witness to be called at trial.

IT IS FURTHER ORDERED that the defendants, defense counsel, and others to whom disclosure of the discovery may be necessary to assist with the preparation of the defense case, shall not disclose the contents of the discovery, other than as necessary for

Protective Order/CR15-269RAJ
Daza-Cortez, et. al. - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  the preparation of their defense at trial, and in subsequent appellate proceedings, if
2  necessary.
3      Nothing in this order prohibits reviewing or showing the discovery material to the
4  defendants, and to others whom disclosure of the content of the discovery is necessary to
5  assist with the preparation of the defense at trial, or in subsequent appellate proceedings.
6      DATED this 19th day of February, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

Protective Order/CR15-269RAJ
Daza-Cortez, et. al. - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800