1

2                                                    The Honorable Richard A. Jones

3

4

5

6

7                    UNITED STATES DISTRICT COURT FOR THE
                       WESTERN DISTRICT OF WASHINGTON
8                                    AT SEATTLE

9

10   UNITED STATES OF AMERICA,                    NO. CR15-269RAJ

11                          Plaintiff,

12                 v.                             ORDER CONTINUING TRIAL DATE
                                                  AND PRETRIAL MOTIONS DEADLINE
13   ROLAND JESSE DAZA-CORTEZ and
     RAFAEL VALADEZ-VAZQUEZ,
14
                            Defendants.
15

16

17

18          THE COURT having considered Defendant Daza-Cortez's motion to continue

19   trial and pretrial motions deadline, as well as the record and files herein, including

20   Defendant Daza-Cortez's and Defenant Valadez-Vazquez's written waivers of speedy

21   trial, hereby makes the following findings:

22          1.      On January 7, 2016, the grand jury returned a First Superseding Indictment,

23   adding eight new felony counts against DAZA-CORTEZ, and also adding significant

24   forfeiture allegations.  The new counts allege Possession with Intent to Distribute

25   Methamphetamine and Heroin (Count 2), Possession of a Firearm in Furtherance of a

26   Drug Trafficking Crime (Counts 3 & 4), Possession of Stolen Firearms (Count 5),  and

27   Money Laundering (Count 6, 7, 8, & 9).  VALADEZ-VAZQUEZ was re-arraigned on

28   January 14, 2016.  DAZA-CORTEZ was arraigned on the eight newly added criminal

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1

charges on January 21, 2016.  All parties now request an additional continuance to permit sufficient time for the defense to adequately prepare pretrial motions and prepare for trial on the eight newly-added counts.

2.    The firearm and money laundering offenses are a result of ongoing post-arrest investigation, and involve information, reports, and voluminous financial records that were not contained in the original discovery.

3.    The money laundering charges and forfeiture allegations involving a restaurant in Everett are complex, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii), and counsel will require additional time to review banking, accounting, tax, and business documents and conduct an independent investigation.

4.    Both the money laundering and firearms charges are the type of charge that may require consultation with experts, which could not have been anticipated before the Superseding Indictment was returned in January, 2016.

5.    The Court agrees that to perform effectively, and to avoid a miscarriage of justice, the defense needs additional time to review the new evidence, investigate, and consult before the pretrial motions deadline.  The Court further agrees that the current schedule provides insufficient time to insure effective motions and trial preparation, taking into account due diligence, within the meaning of 18 U.S.C. §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

6.    Counsel for the defendants represent that their clients agree with the assessment that a trial continuance is necessary in light of the newly added charges, and both defendants have submitted written waivers of the right to a speedy trial.

7.    Under these circumstances, the Court finds that a failure to grant an additional continuance would deny counsel the reasonable time necessary for effective preparation, taking into account due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2

1

2          8.      The Court further finds that the ends of justice will be served by ordering

3  an additional continuance in this case, that an additional continuance is necessary to

4  insure effective trial preparation and that these factors outweigh the best interests of the

5  defendants and the public in a more speedy trial, within the meaning of 18 U.S.C.

6  § 3161(h)(7)(A).

7          IT IS THEREFORE ORDERED that Defendant's motion (Dkt. #74) is

8  GRANTED.  The trial date in this matter is continued from May 23, 2016 to October 3,

9  2016.  All pretrial motions, including motions in limine, shall be filed no later than

10  August 18, 2016.

11          IT IS FURTHER ORDERED that the time period between the date of this Order

12  and the new trial date of October 3, 2016, is a reasonable delay and is excludable time as

13  to both Defendants, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(6).

14          DATED this 23rd day of March, 2016.

15

16  _____

17  The Honorable Richard A. Jones
    United States District Judge
18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 3