THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>                      Defendant. | No. CR15-269-RAJ<br><br>ORDER GRANTING MOTION<br>TO SUBSTITUTE COUNSEL |

THIS MATTER having come on upon the motion of the Defendant to allow a substitution of counsel, and the Court having confirmed there is no objection by any party, and the Court being advised on the premises, NOW THEREFORE

IT IS ORDERED that Defendant's Motion for Withdrawal and Substitution of Counsel (Dkt. #89) is GRANTED. Bryan G. Hershman is allowed to withdraw and Emily M. Gause is substituted as counsel of record for Defendant Roland Daza-Cortez.

DATED this 21st day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SUBSTITUTE COUNSEL - 1

LAW OFFICES OF EMILY M. GAUSE, PLLC
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98154
(206) 660-8775 • FAX: (206) 389-1708