THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>        Defendant. | No. CR15-269-RAJ<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the defendant's motion to file overlength motion to suppress, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. Defendant is permitted to file its motion to suppress in excess of 12 pages, but no more than 16 pages.

DATED this 9th day of February, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge