The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-269 RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL EXHIBIT |
| ROLAND JESSE DAZA-CORTEZ, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibit,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #126) is GRANTED. Exhibit 9 to the United States' Response to Motion to Dismiss shall remain sealed.

DATED this 14th day of February, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

*United States v. Daza-Cortez;* CR15-269 RAJ
Order to Seal Exhibit - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970