The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | No. CR15-269 RAJ<br><br>ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #128) is GRANTED. The Government is permitted leave to file its Response to Defendant Daza-Cortez's Motion to Suppress (Dkt. #108), in excess of twelve pages, but not more than twenty-one pages.

DATED this 14th day of February, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

*United States v. Daza-Cortez;* CR15-269 RAJ
Order for Leave to File Overlength Brief - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970