THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ, et. al.,<br><br>                              Defendants. | No.  CR15-269RAJ<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

THE COURT, having reviewed the Defendant's Motion to File Overlength Reply in Support of Motion to Suppress, enters the following order:

IT IS HEREBY ORDERED that the motion (Dkt. #134) is GRANTED. Defendant is permitted to file his Reply in Support of Motion to Suppress in excess of 6 pages, but no more than 12 pages.

DATED this 21st day of February, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR
LEAVE TO FILE OVERLENGTH BRIEF - 1

LAW OFFICES OF EMILY M. GAUSE, PLLC
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WASHINGTON  98154
(206) 660-8775 • FAX: (206) 389-1708