Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROLAND JESSE DAZA-CORTEZ, <br><br> Defendant. | NO.  CR15-269RAJ <br><br> ORDER ON DEFENDANT'S MOTION FOR DISCLOSURE OF JENCKS ACT MATERIAL PRIOR TO SUPPRESSION HEARING |

This matter comes before the Court on defendant Roland Jesse Daza-Cortez's Motion for Disclosure of Jencks Act Material Prior to the Suppression Hearing (Dkt. #109). Having considered the briefing submitted by the parties, the Court finds oral argument unnecessary. For the reasons that follow, the Court **DENIES** the motion as moot.

The defendant in this matter seeks early disclosure of Jencks Act material of any of the government's witnesses at least one week prior to the currently scheduled suppression hearing, or March 9, 2017.

In response, the government has represented it has disclosed or will disclose the noted Jencks material within the parameters of the discovery request. The government has clarified this representation by noting that:

> "…to the extent that a hearing is set with less than one week's notice or a witness is called to testify unexpectedly, or new reports or material are uncovered for the first time less than a week prior, the United States will disclose such information as soon the opportunity arises." (Dkt.# 120, p. 2)

The defendant has not indicated with any degree of specificity any aspect of the government's offer that is insufficient to fully comply with this discovery request.

For the foregoing reasons, the defendant's **DENIES** the defendant's motion (Dkt. #109) as moot.

DATED this 24th day of February, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge