Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | NO.  CR15-269RAJ<br><br>ORDER ON DEFENDANT DAZA-CORTEZ'S MOTION FOR DISCLOSURE OF PERSONNEL FILES PRIOR TO SUPPRESSION HEARING |

This matter comes before the Court on defendant Daza-Cortez's Motion for Disclosure of Personnel Files Prior to the Suppression Hearing (Dkt. #112).  Having considered the briefing submitted by the parties, the Court finds oral argument unnecessary.   For the reasons that follow, the Court **GRANTS** Defendant's motion.

The defendant has identified a series of officers, detectives, and agents from a variety of law enforcement agencies including the ATF, DEA, the Lynnwood Police Department, and the South Snohomish Narcotics Task Force involved in the investigation of alleged criminal activity of defendant Daza-Cortez.  The defendant is asking this Court to direct the government to provide the defense with full and complete discovery of the personnel files of the members of law enforcement who will testify at the forthcoming suppression hearing and /or trial pursuant to *Brady*, *Giglio*, and *Henthorn*.

1       The government has acknowledged its obligations and indicated it has already
2 requested the noted personnel files, not only for law enforcement officers, but for any
3 witness expected to testify at the suppression hearing and trial. (Dkt. #121, p. 2). The
4 Court will hold the government to its word. The government shall produce the requested
5 material no later than March 3, 2017.
6       For all of these reasons, the Court finds that Daza-Cortez's motion (Dkt. #112) is
7 **GRANTED.**

9       DATED this 24th day of February, 2017.

                                                    The Honorable Richard A. Jones
                                                    United States District Judge