Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | NO. CR15-269RAJ<br><br>ORDER ON DEFENDANT DAZA-CORTEZ'S MOTION FOR PRETRIAL DISCLOSURE OF CO-CONSPIRATOR HEARSAY AND CO-DEFENDANT STATEMENTS TO LAW ENFORCEMENT |

    This matter comes before the Court on defendant Daza-Cortez's Motion for Pretrial Disclosure of Co-Conspirator Hearsay and Co-Defendant Statements to Law Enforcement (Dkt. #113).  Having considered the briefing submitted by the parties, the Court finds oral argument unnecessary.  For the reasons that follow, the Court **DENIES** the motion as moot.

    The government's response, which is unchallenged, indicates it has previously disclosed all of the information requested by the defendant and further disclosed its intention to use the same at trial (Dkt. #123, p. 2).  The Court takes the government's word as represented, with the understanding that should they discover additional information, they are required to supplement any prior disclosures in a timely manner.  Nothing further is required at this time.

For these reasons, the defendant's motion (Dkt. #113) is **DENIED** as moot.

DATED this 24th day of February, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S MOTION FOR
PRETRIAL DISCLOSURE OF CO-CONSPIRATOR
HEARSAY AND CO-DEFENDANT STATEMENTS
TO LAW ENFORCEMENT - 2