Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | NO. CR15-269RAJ<br><br>ORDER ON DEFENDANT DAZA-CORTEZ'S MOTION FOR PRETRIAL DISCLOSURE OF 404(b) EVIDENCE |

This matter comes before the Court on defendant Daza-Cortez's Motion for Pretrial Disclosure of Rule 404(b) Evidence (Dkt. #114). Having considered the briefing submitted by the parties, the Court finds oral argument unnecessary. For the reasons that follow, the Court **DENIES** the motion as moot.

In this Motion, defendant seeks disclosure by the government of any evidence it intends to use at trial pursuant to Fed. R. Evid. 404(b). The government documents in its response that it disclosed this material to the defense in a letter dated October 13, 2016 (Dkt. #124, p. 2). This disclosure was nearly four months before defendant filed this motion. The Court is uncertain why this motion was filed, and as noted in a prior Order (Dkt. #137), any questions on this production could have been resolved by communication with the United States Attorney's Office and not adding to the Court's already congested docket.

1

2     For these reasons, the defendant's motion (Dkt. #114) is **DENIED** as moot.

3

4     DATED this 24th day of February, 2017.

5

6     *[signature]*

7     The Honorable Richard A. Jones
8     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28