Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ and<br>RAFAEL VALADEZ-VAZQUEZ,<br><br>Defendants. | NO. CR15-269RAJ<br><br>ORDER GRANTING UNITED STATES' MOTION *IN LIMINE* RE: IMPROPER IMPEACHMENT |

The United States of America filed a motion *in limine* seeking an Order by the Court prohibiting the defense from engaging in improper impeachment of Government witnesses on the basis of prior, non-Felony convictions, as described in the Motion. The Government's motion is unopposed.

THE COURT HEREBY FINDS: Federal Rule of Evidence 609 controls the admissibility of prior convictions for impeachment purposes. Under Rule 609(a)(1), a witness's prior conviction is admissible only if it is a felony, *i.e*., punishable by death or imprisonment for over a year, provided the court finds that the probative value outweighs its prejudicial effect. Crimes of dishonesty or false statements, regardless of punishment, must be admissible. *See* Fed. R. Evid. 609(a)(2).

THE COURT FURTHER FINDS the Washington State convictions at issue are not Felony convictions and are not crimes of dishonesty or false statements.

Order Prohibiting Improper Impeachment
CR15-269RAJ; Daza-Cortez, et. al. - 1

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98101
206-553-7970

Accordingly, IT IS ORDERED that the Government's Motion *in Limine* (Dkt. #116) is GRANTED and the defense is prohibited from engaging in impeachment of any witnesses on the basis of prior convictions for the following offenses:

1. Disorderly Conduct, in violation of RCW 9A.84.030 (Confidential Source)
2. Negligent Driving 1st Degree, in violation of RCW 46.61.5249 (Witness J.A.)
3. Driving Under the Influence, in violation of RCW 46.61.502 (Witness C.S.)
4. Driving with License Suspended in the Third Degree, in violation of RCW 46.20.342(1)(c) (Witness C.S.)

DATED this 24th day of February, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Order Prohibiting Improper Impeachment
CR15-269RAJ; Daza-Cortez, et. al. - 2

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98101
206-553-7970