The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR15-269 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER SEALING EXHIBIT A TO DEFENSE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING AND CONTINUE MOTIONS HEARING AND TRIAL DATE |
| ROLAND JESSE DAZA-CORTEZ, | |
| Defendant. | |

Having considered Defendant Daza-Cortez's Motion to Seal, and because of sensitive information contained within,

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #147) is GRANTED. Exhibit A to Defendant's Motion for Leave to File Supplemental Briefing and Continue Motions Hearing and Trial Date shall remain sealed.

DATED this 6th day of March, 2017.

*(signature)*

The Honorable Richard A. Jones
United States District Judge