The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>　　　　　Defendant. | NO. CR15-269RAJ<br><br>ORDER GRANTING MOTION TO ALLOW FILING OF SUPPLEMENTAL BRIEF AND DENYING MOTION TO CONTINUE SUPPRESSION HEARING AND TRIAL DATE |

　　　THE COURT having considered the motion for leave to file supplemental briefing and to continue both the suppression hearing and trial date filed by Defendant Daza-Cortez in this matter, as well as the record and files herein, including the Government's response,

　　　IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #146) is GRANTED IN PART and DENIED IN PART.  Defendant shall be permitted to file supplemental materials no later than noon on March 6, 2017.  The Government's response to any supplemental briefing shall be filed no later than noon on March 8, 2017.

*U.S. v. Daza-Cortez, et. al.*; CR15-269RAJ
ORDER - 1

Defendant's motion to continue the suppression hearing and the trial date in this matter is denied.

DATED this 6th day of March, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

*U.S. v. Daza-Cortez, et. al.*; CR15-269RAJ
ORDER - 2