THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | No. CR 15-269-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO SEAL SUPPLEMENT TO MOTIONS TO DISMISS AND SUPPRESS |

Defendant's Motion to Seal his Supplement to Motions to Dismiss and Suppress came on regularly before the Court, and the Court being fully advised,

IT IS HEREBY ORDERED that because the Supplement cites extensively to and is based upon protected materials, the Defendant's Motion to Seal his pleading and accompanying exhibits is GRANTED.

DATED this 6th day of March, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
SUPPLEMENT TO MOTIONS TO DISMISS
AND SUPPRESS- 1

LAW OFFICES OF EMILY M. GAUSE, PLLC
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98154
(206) 660-8775 • FAX: (206) 389-1708