The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>                    Defendant. | No. CR15-269 RAJ<br><br>ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information referenced throughout its Response,

It is hereby ORDERED that United States' Motion to Seal (Dkt. #156) is GRANTED. The Government's Response to Defendant Daza-Cortez' Supplement to Motions to Dismiss and to Suppress Evidence, shall remain sealed.

DATED this 9th day of March, 2017.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

*United States v. Daza-Cortez;* CR15-269 RAJ
United States' Order to Seal Response - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970