The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-269RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| ROLAND JESSE DAZA-CORTEZ, | |
| Defendant. | |

The Court, having review the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #157) is GRANTED. The United States may file its Response to Defendant Daza-Cortez' Supplement to Dismiss and to Suppress Evidence (Dkt. 152), in excess of twelve pages, but not more than thirty-one pages.

DATED this 9th day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

*United States v. Daza-Cortez* ;  CR15-269RAJ
Order for Leave to File Overlength Brief - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970