The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> ROLAND JESSE DAZA-CORTEZ, <br><br> Defendant. | NO. CR15-0269RAJ <br><br> ORDER TO RELEASE POST-INDICTMENT RESTRAINING ORDER |

THIS MATTER comes before the Court on the United States' Motion for an Order to Release the Post-Indictment Restraining Order in the above-styled criminal action.  Upon consideration of the Government's motion, the Restraining Order, and the terms of the Plea Agreement of Defendant Roland Jesse Dada-Cortez, it appears to the Court that there is reasonable cause to enter an order releasing the restraining order entered in this matter on February 19, 2016.

NOW, THEREFORE, THE COURT ORDERS:

1. The Restraining Order entered on February 19, 2016, at Docket #71, is hereby released.

2. Avocados LLC, dba Avocados Mexican Restaurant located at 10822 Evergreen Way, Everett, Washington, shall discontinue all payment of installments,

ORDER TO RELEASE POST-INDCTMENT RESTRAINING ORDER
U.S. V. DAZA-CORETZ, et al. (CR15-0269RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  owner's draw, dividends or other payments, due to ROLAND JESSE DAZA-CORTEZ,
2  to the United States Marshals Service.
3      3.   Avocados LLC, dba Avocados Mexican, is hereby relieved of any and all
4  duties or obligations previously imposed by the February 19, 2016 restraining order.
5      DATED this 17th day of March 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO RELEASE POST-INDCTMENT RESTRAINING ORDER
U.S. V. DAZA-CORETZ, et al. (CR15-0269RAJ) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970