Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | Case No.: 2:15-cr-00269-RAJ-1<br><br>ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

THIS MATTER comes before the Court upon Defendant Roland Jesse Daza-Cortez's Motion for Order Allowing Withdrawal and Substitution of Counsel. Having considered Defendant's motion, and the files and pleadings herein, and finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #180) is GRANTED. Emily M. Gause is permitted to withdraw and Yan E. Shrayberman is permitted to be substituted as counsel of record for Defendant Roland Jesse Daza-Corez in the above-referenced matter.

DATED this 24th day of July, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL - 1

LAW OFFICES OF YAN E. SHRAYBERMAN
P.O.Box 506
Fresno, CALIFORNIA 93709
Telephone: (213)379-2315
Facsimile: (213) 352 -1010