Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | Case No.: CR15-269RAJ<br><br>ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT |

Before the Court is defense counsel Yan E. Shrayberman's Ex Parte Motion to Withdraw as Counsel for Defendant, ROLAND JESSE DAZA-CORTEZ. Having considered the ex parte motion, and finding good cause,

IT IS HEREBY ORDERED that defense counsel's Ex Parte Motion to Withdraw (Dkt. #197) is GRANTED. Attorney Yan E. Shrayberman shall be permitted to withdraw upon appointment of successor counsel for appellate purposes by the CJA Coordinator.

DATED this 1st day of December, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING EX PARTE MOTION
TO WITHDRAW AS COUNSEL - 1

LAW OFFICES OF YAN E. SHRAYBERMAN
P.O.Box 506
Fresno, CALIFORNIA 93709
Telephone: (213)379-2315
Facsimile: (213) 352 -1010