1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  UNITED STATES OF AMERICA,

9  Plaintiff

10  v.

11  ROLAND JESSE DAZA-CORTEZ,

12  Defendant.

13

CASE NO. CR15-269-RAJ

FINAL ORDER OF FORFEITURE

14
15

THIS MATTER comes before the Court on the United States' Motion for Entry of a

Final Order of Forfeiture ("Motion") for the following property:

16
17
18

1.  $80,613.11 received from Avocados Mexican Restaurant, representing payments in the interest of Roland Daza-Cortez in Avocados, LLC dba Avocados Mexican Restaurant;

19
20

2.  $60,852.38 in U.S. Currency seized from Union Bank account number ****7474, held in the name of Roland Daza-Cortez;

21
22

3.  $4,179.29 in U.S. Currency seized from Union Bank account number ****7466, held in the name of Roland Daza-Cortez; and,

23
24

4.  a 2008 year model Cadillac Escalade, Vin No. 1GYFK63828R208908.

25
26
27

The Court, having reviewed the United States' Motion, as well as the other pleadings

and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is

appropriate because:

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On April 24, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853, finding the vehicle also forfeitable pursuant to 18 U.S.C. 982(a)(1), and forfeiting the Defendant Roland Daza-Cortez's interest in all of the property (Dkt. No. 178);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 202) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.  No right, title, or interest in the above-identified property exists in any party other than the United States;

2.  The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3.  The Department of Justice, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

DATED this 5th day of April, 2018.

_____
The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*U.S. v. Daza-Cortez,* CR15-269-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970