The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-0269 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' RESPONSE TO MOTION FOR REDUCTION IN SENTENCE PURSUANT TO 18 U.S.C. § 3852(c)(1) |
| v. | |
| ROLAND JESSE DAZA-CORTEZ | |
| Defendant. | |

This matter has come before the Court on the motion to seal Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1), due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #221) is GRANTED. Exhibit A to United States' Response to Motion for Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1) shall remain filed under seal.

DATED this 5th day of May, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL EXHIBIT A - 1
*United States v. Roland Jesse Daza-Cortez,* CR15-0269 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970