THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-269-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING EXTENSION OF DEADLINE FOR DEFENDANT'S REPLY |
| ROLAND JESSE DAZA-CORTEZ, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the unopposed motion of the defendant to file his reply to the Government's response to the pro se motion for a reduction of his sentence. The Court has considered the unopposed motion and records in this case and finds there are compelling reasons to GRANT the motion (Dkt. #223) and extend the deadline for filing the reply to May 6, 2020.

IT IS SO ORDERED.

DATED this 5th day of May, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING REQUEST FOR
EXTENSION OF DEADLINE TO FILE REPLY
(US v. Roland Daza-Cortez; CR15-269RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**