THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 15-269-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO FILE OVERLENGTH REPLY |
| ROLAND JESSE DAZA-CORTEZ, | ) | |
| Defendant. | ) | |

Having reviewed Defendant's unopposed motion to file an overlength reply in excess of 6 pages, and finding good cause, the Court GRANTS the unopposed motion (Dkt. #227) and permits defendant to file a Reply in excess of 6 pages.

DATED this 7th day of May, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENSE UNOPPOSED
MOTION TO FILE OVERLENGTH REPLY
(*Roland Daza-Cortez*; CR15-269RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100