The Honorable Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:15-cr-00269-RAJ |
| Plaintiff, | ORDER |
| v. | |
| ROLAND JESSE DAZA-CORTEZ, | |
| Defendant. | |

THIS MATTER has come before the Court on Defendant's Pro Se motion for compassionate relief pursuant to 18 United States Code § 3582 (c)(1)(A). The Court has considered the motion and the records in this case.

The Court STAYS its ruling on this motion and requires Defendant to provide the following supplemental information:

(1) documentation regarding Defendant's current medical condition with specific reference to whether he continues to test positive for COVID-19 and whether he remains asymptomatic;

(2) written confirmation of whether Defendant petitioned the FCI Yazoo City, Mississippi Warden for compassionate release, the date of such application, and the response, if any.

ORDER - 1
*United States v. Roland Jesse Daza-Cortez*

1  This stay will remain in effect until May 27, 2020.  Counsel for the Defendant
2  shall file the documentation or a response to the Court by that date.  If the Government
3  wishes to respond to the Defendant's filings it must do so no later than June 3, 2020.

5  DATED this 19th day of May, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2
*United States v. Roland Jesse Daza-Cortez*