The Honorable Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | NO.  2:15-cr-00269-RAJ<br><br>ORDER |

THIS MATTER comes before the Court on Defendant's Pro Se motion for compassionate release pursuant to 18 United States Code § 3582 (c)(1)(A).  Dkt. 216.

Having considered the supplemental materials submitted in response to the Court's Order of May 19, 2020, the Court STAYS this matter through June 19, 2020, to afford Defendant the opportunity to cure the statutory requirement set forth in 18 U.S.C. § 3582(c)(1)(A), requiring a 30-day period to have elapsed from the receipt by the warden of FCI Yazoo City of Defendant's request for compassionate release.

During the pendency of the stay, the parties are permitted to supplement the record with any relevant information of Defendant's medical condition or any other matters that may become available during the interim time period.

DATED this 29th day of May, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER - 1