The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>　　　　　　　　　　Defendant. | NO.  2:15-cr-00269-RAJ<br><br>ORDER ON DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE |

　　　This matter comes before the Court on Defendant Roland Jesse Daza-Cortez's renewed motion for compassionate release.  Dkt. 240.  Having thoroughly considered the renewed motion and the relevant record, the Court hereby **DENIES** the motion.

　　　Mr. Daza-Cortez is currently serving his sentence at FCI Yazoo City Low in Mississippi, with a projected release date of August 18, 2024.  On April 21, 2020, Mr. Daza-Cortez filed his first motion for compassionate release, requesting that the Court reduce his custodial sentence to time served.  Dkt. 216.  His briefing set forth several principal arguments he argued presented extraordinary and compelling reasons for his immediate release.

　　　Having already contracted coronavirus-19 (COVID-19) while in custody, Mr. Daza-Cortez argued his history of medical conditions, including latent tuberculosis, high blood pressure, asthma, depression, and anxiety, increased his risk of complications should he become re-infected with the virus.  He contended the officials at FCI Yazoo

ORDER - 1

City failed to control the outbreak and could not protect him from contracting it again. He requested the Court take into account his lack of disciplinary history in his institution, his efforts at education and self-improvement, and the fact he has already served a significant portion of his mandatory minimum sentence. He stated that, when taken in conjunction with the stated goal of Congress and the Attorney General that the inmate population should be reduced, these factors constituted grounds for immediate release. Finally, Mr. Daza-Cortez claimed he would not pose a danger to the community if released.

Mr. Daza-Cortez makes substantially the same or similar arguments in his renewed motion for compassionate release. Dkt. 240. He has submitted several new exhibits, including a request to the warden of his facility for compassionate release (Dkt. 240, Ex. 1), a news article from October 2020 (*Id.*, Ex. 4), his affidavit and letter to the Court (*Id.*, Ex. 7), updated medical records from June 21, 2020 and July 1, 2020 (*Id.*, Ex. 8), and letters of support (*Id.*, Ex. 10). All other exhibits submitted by Mr. Daza-Cortez pre-date his original motion for compassionate release, but the Court has nevertheless considered them.

Having considered the renewed motion and exhibits, for the reasons set forth in its original Order on Motion for Compassionate Release (Dkt. 239), which are incorporated herein, IT IS ORDERED that Defendant Jonathan Brent Daza-Cortez's renewed motion for compassionate release (Dkt. 240) is **DENIED**.

DATED this 8th day of January, 2021.

The Honorable Richard A. Jones
United States District Judge