|   |   |
|---|---|
|   | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND JESSE DAZA-CORTEZ,<br><br>Defendant. | NO. 2:15-cr-00269-RAJ<br><br>ORDER ON DEFENDANT'S MOTION REQUESTING A JUDICIAL RECOMMNEDATION CONCERNING LENGTH OF RRC/HALFWAY HOUSE PLACEMENT |
|---|---|

THIS MATTER comes before the Court upon Defendant Roland Jesse Daza-Cortez's *pro se* Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement. Dkt. 248. Mr. Daza-Cortez requests that the Court recommend that the Bureau of Prisons afford him the 12-month maximum residential reentry center (halfway house) placement time preceding the anticipated end of his sentence.

The Bureau of Prisons has plenary authority over Mr. Daza-Cortez's placement. See *Tapia v. United States*, 564 U.S. 319, 331 (2011). But the Court has discretionary authority to make a non-binding recommendation to the Bureau as to Mr. Daza-Cortez's placement. *Id*.

Having considered the record before it, the Court concludes that Defendant has not established good cause for the recommendation sought. *See* 18 U.S.C. § 3621(b)(4)(B).

ORDER - 1

Accordingly, the Court **DENIES** Mr. Daza-Cortez's Motion Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement.

DATED this 12th day of April, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2