JUDGE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-269-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL |
| ROLAND J. DAZA-CORTEZ, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the Court on the motion of Defendant Roland Daza-Cortez to seal Exhibits 1, 2, 3, and 4 to the Supplemental Memorandum to Defendant's Pro Se Motion for Sentence Reduction. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the Motion to Seal (Dkt. 254) is GRANTED. Exhibits 1, 2, 3, and 4 shall remain filed under seal.

DATED this 26th day of June, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL
(*U.S. v. Daza-Cortez,* CR15-069-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100