The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROLAND JESS DAZA-CORTEZ, <br><br> Defendant. | NO. 2:15-cr-00269-RAJ <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT A TO UNITED STATES' OPPOSITION TO THIRD MOTION FOR A REDUCTION IN SENTENCE |

THIS MATTER has come before the Court on the motion to seal Exhibit A to United States' Opposition to Third Motion for a Reduction in Sentence. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit A to United States' Opposition to Third Motion for a Reduction in Sentence, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the motion (Dkt. 259) is GRANTED. Exhibit A to the United States' Opposition to Third Motion for a Reduction in Sentence shall remain under seal.

DATED this 10th day of July, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Daza-Cortez,* 2:15-cr-00269-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970