Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ROLAND JESSE DAZA-CORTEZ,<br>Defendant. | No. 2:15-cr-00269-RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS MATTER comes before the Court upon Defendant Roland Jesse Daza-Cortez's Motion for Early Termination of Supervised Release. Dkt. 269. Having considered the motion, the response of United States Probation in opposition (Dkt. 270), the Government's response in opposition (Dkt. 273), Defendant's reply (Dkt. 276), and the factors set forth in 18 U.S.C. § 3553(a),

IT IS ORDERED that Roland Jesse Daza-Cortez's Motion for Early Termination of Supervised Release is **GRANTED**. Defendant's term of supervised release shall be terminated immediately.

DATED this 28th day of July, 2026.

The Honorable Richard A. Jones
United States District Judge